■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR BELTRE, Appellant. [698 NYS2d 518] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Lewis, J.), rendered January 22, 1998, convicting him of robbery in the first degree, criminal possession of a weapon in the fourth degree, and criminal possession of stolen property in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The court did not err in denying the motion to sever the trial of the defendant and his codefendant (*see, People v Cardwell,* 78 NY2d 996; *People v Mahboubian,* 74 NY2d 174). In any event, any error in this regard was harmless in light of the overwhelming proof of the defendant's guilt (*see, People v Crimmins,* 36 NY2d 230). Mangano, P. J., Bracken, S. Miller and Sullivan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY BRIGGS, Appellant. [698 NYS2d 516] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 8, 1991 (*People v Briggs,* 175 AD2d 167), affirming a judgment of the Supreme Court, Kings County, rendered February 23, 1989.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, S. Miller and O'Brien, JJ., concur.